IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glean Heath,<br><br>    Plaintiff,<br><br>vs.<br><br>Collectcorp Corporation,<br><br>    Defendant. | CIV08-1430-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in it's entirety;

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **November 7, 2008** unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating any scheduled hearings and/or trial date.

DATED this 7th day of October, 2008.

_____
Roslyn O. Silver
United States District Judge