**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **GLEAN HEATH**, | ) Case No. CV 08-1430-PHX-ROS |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **COLLECTCORP CORPORATION** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2008.

By:s/Marshall Meyers
**Marshall Meyers**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Notice of Dismissal  - 1

Filed electronically on this 21st day of November, 2008, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 18th day of June, 2008 to:

David L. O'Daniel
Attorney
Gordon & Rees, LLP
111 W. Monroe Street
Suite 1111
Phoenix AZ 85003


By: s/Tremain Davis
     Tremain Davis